ORDERED.

Dated: **January 27, 2023**

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

In re:
DIANA MONIQUE JAMES

Case No. 2:23-bk-00049-FMD
Chapter 13

Debtors.
_____/

**ORDER GRANTING DEBTORS' MOTION TO CHANGE VENUE (Docket No. 8)**

This matter is before the Court on the Motion to Change Venue ("Motion" Doc. 8). Having considered the Motion and no hearing begin required, it is

ORDERED:

1. The Motion to Change Venue is GRANTED.

2. The Clerk of Court is directed to transfer the case to the Southern District of Florida.

3. The Chapter 13 Trustee assigned to this case is discharged.

###

*Attorney Jonathan D. Eichelberger, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days entry of this order.*